IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DUWASKI PERRY**  **PLAINTIFF**
**ADC #123162**

v.          No. 5:14-cv-325-DPM-HDY

**RAY HOBBS**          **DEFENDANT**

## ORDER

Unopposed recommendation, № 3, adopted. FED. R. CIV. P. 72(b) (1983 Addition to the Advisory Committee Notes). Perry's petition is dismissed without prejudice. An *in forma pauperis* appeal would not be taken in good faith.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

23 October 2014